ROBERT R. RIGGS (SBN 107684)
STEPHEN G. PREONAS (SBN 245334)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
email: rriggs@katzoffriggs.com

Attorneys for Plaintiffs KAREN RIGSBY,
Trustee, and DONALD P. STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC, a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL, INC., a Florida Corporation.<br><br>Defendants. | Case No. 2:17-cv-01347-MCE-EFB<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND DOCUMENTS RELATING TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT ON DEFENDANT KEVIN HAMM** |

TERRY NELSEN DECLARES:

1. I am over the age of 18 and am not a party to this action. I am a registered California process server.

2. My business address is Nelsen's Process Service, 350 Palmer Drive, Suite

---
1
**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND DOCUMENTS RELATING TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT ON DEFENDANT KEVIN HAMM**

4132, Cameron Park, CA 95682.

3. On August 1, 2017 at 5:01 PM, I personally served Kevin Hamm at 140 Diamond Creek Place, Roseville, California, 95747, with the following documents:

- Summons
- Complaint
- Civil Case Cover Sheet
- Notice of Availability of Voluntary Dispute Resolution
- Initial Pre-Trial Scheduling Order
- Notice of Availability of a Magistrate Judge
- Notice of Plaintiffs' Application for Right to Attach Order and for Issuance of Writ of Attachment and Plaintiffs' Application for Right to Attach Order and Order for Issuance of Writ of Attachment
- Memorandum of Points and Authorities in Support of Plaintiffs' Application for Right to Attach Order and Order for Issuance of Writ of Attachment
- Declaration of Donald P. Steinmeyer in Support of Plaintiffs' Application for Right to Attach Order and Order for Issuance of Writ of Attachment
- Declaration of Karen Rigsby in Support of Plaintiffs' Application for Right to Attach Order and Order for Issuance of Writ of Attachment
- Declaration of Stephen G. Preonas in Support of Plaintiffs' Application for Right to Attach Order and for Issuance of Writ of Attachment
- Proposed Order Right to Attach Order and Order for Issuance of Writ of Attachment

4. The fee for the service was $100.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2017

TERRY R. NELSEN
Lic.# P11-26

Nelsen's process service
3450 Palmer Drive Suite 4132
Cameron Park, CA 95682