Peter Dunn Lemmon, Esq., Ca. Bar No. 138691
Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2
Auburn, California 95603
Email: peter@pdllaw.com
Telephone: 530.265.6100
FAX: 530-264-8448
Attorneys for Defendants Intercare Specialty Risk Insurance Services, Inc, and ISR Holdings, Inc.

# UNITED STATES DISTRICT COURT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL, INC., a Florida Corporation.<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01347-MCE-EFB<br><br>AMENDED EX PARTE APPLICATION AND ORDER EXTENDING TIME TO: (1) FILE A RESPONSIVE PLEADING TO THE COMPLAINT; and, (2) FILE AN OPPOSITION TO PLAINTIFFS' APPLICATION FOR A RIGHT TO ATTACH ORDER AND CONTINUE THE HEARING DATE OF SEPTEMBER 7, 2017 TO ALLOW FOR PREPARATION |

Defendants INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., ISR HOLDINGS, INC. and KEVIN HAMM hereby apply to the Court ex parte for an Order extending their time to file:

(1) Responsive pleadings to the Complaint in this Action; and

(2) Opposition to Plaintiffs' Application for Right to Attach Order or continuing the

　　　hearing date of September 7, 2017 on same to allow Defendants time to respond

　　　to the Application.

1

The undersigned counsel advised counsel for Plaintiffs, Robert R. Riggs, of the need for such an extension, on Thursday August 17, 2017, but Plaintiffs' counsel denied the request. (See true and correct copy of email of 8.17.17 from Mr. Riggs attached hereto as Exhibit "A").

Defendants' counsel has only been formally retained as of 1:30 p.m. Friday, August 18, 2017, and upon retention and basic review of this case, it is clear the Plaintiffs filed this case on June 30, 2017, so there is no real urgency to have the Right to Attach Order heard.

Also, such an extension is necessary to allow adequate time to prepare responsive pleadings to the Complaint and an Opposition and to prepare for the Right to Attach hearing. The press of business in this office does not allow enough time to file responsive pleadings on Wednesday and an Opposition on Thursday of the coming week.

And finally, Defendants have not sought or obtained any previous extension of time.

Defendants respectfully request the Court grant thirty (30) days additional time by which to file pleadings responsive to the Complaint and an Opposition to Plaintiffs' Application or grant some other reasonable extension period allowing for proper preparation by these Defendants.

DATED: August 21, 2017 _____/s/_____
Peter Dunn Lemmon
Attorney for INTERCARE SPECIALITY RISK
INSURANCE SERVICES, INC., ISR HOLDINGS, INC.,
and KEVIN HAMM

ORDER

Having considered Defendants' ex parte application for an extension of time to file responsive pleadings to the Complaint and an Opposition to Plaintiffs' Application for Right to Attach Order, and/or a continuance of the hearing on that Application currently set in this Court for September 7, 2017 in order to allow an extension of time to file their Opposition, and finding good cause therefore,

Defendants have to and including September 21, 2017, by which to file such responsive pleadings and their Opposition. Plaintiffs' Reply, if any, is due on September 28, 2017. The hearing on Plaintiff's Application for Right to Attach is continued to October 5, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: August 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

EX PARTE APPLICATION AND ORDER EXTENDING TIME