| | |
|---|---|
| 1 | Russell R. O'Brien<br>**CONRAD & SCHERER LLP**<br>633 South Federal Highway<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 847-3347<br>Facsimile: (954) 463-9244 |
| | Oliver W. Wanger #40331<br>**WANGER JONES HELSLEY PC**<br>265 E. River Park Circle, Suite 310<br>Fresno, California 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330 |

Attorneys for Defendant, PATRIOT NATIONAL, INC., a Florida corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL, INC., a Florida corporation,<br><br>Defendants. | Case No. 2:17-cv-01347-MCE-EFB<br><br>**STIPULATION REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON** |

IT IS HEREBY STIPULATED by the parties in this matter that Defendant, PATRIOT NATIONAL, INC., a Florida corporation, shall have through and including September 25, 2017, in

///

{7857/002/00751996.DOCX}                              1
**STIPULATION REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON**

which to file a response to the Complaint filed on June 30, 2017 (Doc. 1) in this case.

Dated:  August 23, 2017                              CONRAD & SCHERER LLP


By_____/s/ Russell R. O'Brien_____
     Russell R. O'Brien
     (Pro Hac Vice to be filed)
     Attorneys for Defendant
     PATRIOT NATIONAL, INC.


Dated: August 28, 2017                               WANGER JONES HELSLEY PC


By:_____/s/ Oliver W. Wanger_____
     Oliver W. Wanger
     Attorneys for Defendant, PATRIOT
     NATIONAL, INC., a Florida corporation

Dated:  August 23, 2017.                             KATZOFF & RIGGS LLP


By_____/s/ Steven G. Preonas_____
     Robert R. Riggs
     Stephen G. Preonas
     1500 Park Avenue, Suite 300
     Emeryville, CA 94608
     Phone: (510) 597-1990
     Attorneys for Plaintiffs, KAREN RIGSBY,
     Trustee, and DONALD P. STEINMEYER


        IT IS SO ORDERED.

Dated:  August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE