EXHIBIT "E"

dwells@isrholdingsinc.com

**From:** David Wells
**Sent:** Tuesday, October 25, 2016 11:31 AM
**To:** David Garrett (dgarrett@isrholdingsinc.com); David Shafer
**Subject:** FW: FW: PRM Purchase Modifications

Below is the initial correspondence showing $10,000 and $5,000, but it was changed upon Gene's passing to $7,500 each. I don't think anything was signed.

Thanks,

Dave

*David P. Wells*
*Controller*
140 Diamond Creek Place
Roseville, CA 95747
(916) 757-1215 – Office
dwells@isrholdingsinc.com

**From:** Dpsteinmeyer@aol.com [mailto:Dpsteinmeyer@aol.com]
**Sent:** Thursday, July 09, 2015 4:33 PM
**To:** David Wells
**Subject:** Re: FW: PRM Purchase Modifications

Hello David:

I have confirmed with Gene Marsh his acceptance of the modification terms we have offered to settle the items of dispute under the APA of December 31, 2010. ==This email is to confirm the agreement between the parties as follows and can be considered from our part, the formal agreement to modify the terms of the agreement as follows:==

Gene Marsh and Donald Steinmeyer agree to the modification of the terms of the Asset Purchase Agreement effective December 31, 2010 by and between ISR, PRM, Marsh and Steinmeyer as follows:

1. All requirements of Paragraph 8 of said agreement shall be deemed satisfied upon receipt of $36,000 payable to PRM, mailed to PO Box 4050, Incline Village, NV. 89450.

2. Gene Marsh agrees to the modification of the terms of Par 6 of said agreement reducing the total monthly payment of $12,500 to $10,000 beginning in July of 2015 and continuing to be paid on the 15th of each month for 66 consecutive months.

3. Donald Steinmeyer likewise agrees to the modification of the terms of Par 6 of said agreement reducing his monthly payment of $5500 to $5000 beginning in July of 2015 and continuing to be paid on the 15th of each month for 66 consecutive months.

This modification is made to settle all disputed amounts arising out of payments made on behalf of PRM by ISR and are known and documented between the parties. This agreement will be memorialized between the parties upon receipt of payment as required above in July of 2015.

All other terms of the subject APA shall remain in full force and effect.

Donald P. Steinmeyer for himself and for Gene Marsh whose power of attorney to make this transaction is in his possession.

PS: Mr. Marsh, for health reasons, has requested that no communications to him by mail, phone, email or whatever be made directly to him on this matter and that any such requests be made to his Attorney in Fact.

In a message dated 7/9/2015 4:40:01 P.M. Eastern Daylight Time, dwells@isrholdingsinc.com writes:

Hi Don,

I think we can, please let me know. We have reviewed the details with Kevin, and he is on board to send the $36,000 upon approval, and then making the payments due on the first of each month.

Thanks,

David

**David P. Wells, CPA**
140 Diamond Creek Place
Roseville, CA 95747
(916) 757-1215 – Office
(916) 580-8006 – Cell
dwells@isrholdingsinc.com

---

**From:** dpsteinmeyer@aol.com [mailto:dpsteinmeyer@aol.com]
**Sent:** Thursday, July 09, 2015 1:36 PM
**To:** David Wells
**Subject:** RE: FW: PRM Purchase Modifications

I hope we can build on this. It was good working with you.

I think maybe the time left on the contract may be in error.

Don

Sent from my Verizon Wireless 4G LTE Smartphone

-------- Original message --------

From: David Wells
Date:07/08/2015 5:49 PM (GMT-08:00)
To: dpsteinmeyer@aol.com
Subject: FW: PRM Purchase Modifications

Hi Don,

It was nice talking with you this evening. Attached are the Purchase Modifications for your records.

Best,

David

***David P. Wells, CPA***
140 Diamond Creek Place
Roseville, CA 95747
(916) 757-1215 – Office
(916) 580-8006 – Cell
dwells@isrholdingsinc.com

**From:** Scanner
**Sent:** Wednesday, July 08, 2015 5:03 PM
**To:** David Wells
**Subject:** PRM Purchase Modifications

Subject to final approval

Gen Marsh and D.P. Steinmeyer agree to accept payment from ISR as follows as a modification of the APA

1. Lump sum payment of $36,000 administrative fee to PRM of Nevada in full settlement of the amounts required in par 8 of the APA

2. Monthly payments to Marsh of $10,000 for 66 months from 7/1/2015

3. Monthly payments to Steinmeyer of 5,000 for 66 Months from 7/1/2015

$$= \pm \$1,000,000$$