EXHIBIT "F"

Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2, Auburn, California 95603
Telephone (530) 265-6100

DECLARATION OF KEVIN HAMM

**From:** dpsteinmeyer [mailto:dpsteinmeyer@aol.com]
**Sent:** Sunday, July 17, 2016 10:55 PM
**To:** David Wells
**Subject:** Adjustment to the APA modification agreement

David and Kevin:

As I discussed with you Friday, I am interested in doing whatever I can to make the modification to the APA work for Marsh-Steinmeyer and for you. In an effort to make sure we get paid what we agreed to over time, to avoid surprises and to give you additional flexibility, I am willing to offer you the following:

Once each year you may defer a monthly payment to Marsh and Steinmeyer to be added to the end of the modification agreement term. (For example, payment 12 is now due and should you choose to defer (furlough) that payment it would become due first after payment 66 of the modification agreement.)

Any future furloughed payments would become due monthly in order after the last payment due under the current modification. And furloughed payments would be subject to the following:
1. Two weeks notice of intent to furlough.
2. Only one furlough payment in a six month period.
3. You will receive acknowledgment from me of the standing of the furloughed payment.

I hope this can help you smooth out your cash flow needs and add to our comfort that we will be paid as agreed as well as limit any questions of further action.

We are very pleased that the first eleven payments under the modification agreement have been timely and delivered as agreed. I wish you every success as we move forward.

Don


Sent from my Verizon, Samsung Galaxy smartphone