Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2, Auburn, California 95603
Telephone (530) 265-6100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF KEVIN HAMM

Martin,

Thanks for the heads up.....

Please let us know what the "arrangements of make-up" will be....

Regards,

Gene

-----Original Message-----
From: Martin Riley [mailto:MRiley@phoenixrmis.com]
Sent: Thursday, August 29, 2013 4:01 PM
To: Dpsteinmeyer@aol.com; Gene Marsh
Cc: Kevin Hamm
Subject: September Payments

Gene and Don,

I wanted to give you a heads up on our monthly payments to you. At this time we experiencing a severe cash flow problem. Tied to the season we are in and the loss of the Sea Bright program. We have made cuts in the organization to counter the loss of business, but will take some time to impact cash flow.
As part of our cash strategy we are reducing your payments by 50% for the next two months and will resume normal payments thereafter with an arrangement for make-up. If you have any questions feel free to contact me or Kelli.

Thank You

Kevin,

Retirement is highly recommended! It is great to be away from the headaches of running a business even though I enjoyed that for many decades.

I commend you for the great report below and I'm sure that you know I will always be happy to do what I can to help you succeed. I pray for your success daily. And it appears to me that with the gradual improvement in the economy, with the great markets that you now have and with your skills, you are poised for some very good years ahead. I pray that it turns out that way.

I have executed the attached Subordination Agreement and hope that the coming years are the best you have ever seen....

All the best,

Gene

-----Original Message-----
From: Kevin Hamm [mailto:KHamm@phoenixrmis.com]
Sent: Friday, January 31, 2014 5:29 PM
To: Gene Marsh
Subject: FW: Gene Marsh - Subordination Agreement

Gene,

I hope you are happy and healthy enjoying your well deserved retirement.

The Subordination Agreement attached is necessary in order to secure a business line of credit for Phoenix. I am happy to discuss the reason we need this but the most simple explanation is that the bank is requiring it in order to complete this line. As you are aware, we assumed the old broker debt from PRM and made a plan to grow our company and retire that debt.
Simple if Seabright wouldn't have been purchased by a company that put them into run-off mode at the same time that ULLICO had a similar problem. The great news is that we have replaced both of those major programs. The multi-billion dollar company that purchased Seabright has kept the old Seabright executives and have created a specialty division to write all of that business and recapture the business lost with a brand new A X11 carrier with an exclusive to us. This will be better than the old days. ULLICO has been replaced by The Scottsdale Insurance Co and we are the only company allowed to use them to write workers compensation (which is new for them).
Obviously replacing those two companies with A carriers with great reputations, virgin paper, and exclusivity is a very good thing. The down side is that we missed our projections the last half of 2013 because of the perfect storm caused

by losing (actually 3) big carriers who wrote the majority of our business all at the same time. Now, we are getting better replacement markets all at the same time.

This is all great news but, unfortunately, we missed our plan to repay debt in 2013 because of it. We sought a line of credit that would lend us money backed by the commission receivable. Oak Street has approved that line of credit. Gene, I had to personally guarantee the line and they have to be in the first position as a creditor ahead of other loans as well. I intend to be EXTREMELY diligent before ever tapping into this line, but a "rainy day fund" is increasingly important to guard against any situation where we need to catch up an important broker and that puts a temporary hurt on cash flow.
Assuming we don't have any similar disasters to 3 major programs all going down at the same time due to no fault of ours (we still renewed 72% of our accounts and wrote some new business even through that crisis), we should be able to repay all debt during 2013 and never tap this line of credit. We do, however, need to secure this to keep the company healthy and assure that the future payments to you are also secure as the company remains strong.
Feel free to call me if you have any questions. Thanks Gene,

Kevin

From: Mike Silcox <msilcox@phoenixrmis.com<mailto:msilcox@phoenixrmis.com>>
Date: Friday, January 31, 2014 1:56 PM
To: Kevin Hamm <khamm@phoenixrmis.com<mailto:khamm@phoenixrmis.com>>
Subject: Gene Marsh - Subordination Agreement

Kevin, please forward to Gene Marsh under your cover letter.

Gene's email is as follows:
genemarsh36@yahoo.com<mailto:genemarsh36@yahoo.com>

Please have Gene return original wet signature to our office by end of next week.

Gene can use our express mail number as follows:
UPS Account #2EW617
Intercare Specialty Risk

[Phoenix Risk Management]
Michael E. Silcox
Senior Vice President
Phoenix Risk Management Insurance Services, Inc.
msilcox@phoenixrmis.com<mailto:>
Ph: (916) 757-1223 | Fax: (877) 579-1600 Corporate Office:
140 Diamond Creek Place | Roseville, CA 95747 License #OG38878 Check Out Our New Website!Click here to view<http://www.phoenixrmis.com>

[Find us on Facebook]<https://www.facebook.com/phoenixriskmanagement>

2

**From:** Dpsteinmeyer@aol.com
**Sent:** Tuesday, January 13, 2015 4:56 PM
**To:** Kevin Hamm; Gene Marsh
**Subject:** Re: Phone calls with Kevin

Kevin:

I look forward to talking with you tomorrow and sincerely hope we can reach some common ground that will benefit your enterprise while maintaining ours.

I hope we can avoid plowing the old ground. I am fully aware of the basis of our contract that was based primarily on the more than $300K in profit in the base year of 2009 and the tremendous contribution you made to that progress through your leadership and innovation; as well as what we thought the contribution from Sea Bright would be.

I am also aware of the creative reserve accounting that victimized the Sea Bright deal and the affect it had on the enterprise, as well as Gene and my revenue from the contract.. And finally, I am fully aware of the payables paid and charged inappropriately to the contract fund. I am certainly willing to agree that we disagree on any of the above you may wish to address, but that will serve no purpose in modifying the agreement that has been breached.

Many of the events could have been handled differently for better or for worse but they are what they are and we are where we are with a contract that you do not like but was made in good faith with all of the available facts at the time and for which we were not very satisfied with at that time, but we agreed and so did you.

Gene and I are perfectly happy to do what we can to fix it and will try to move forward with you on some basis. We, of course, are pissed that you did not advise us of your difficulty and somebody took the unilateral action that they did, but we hope to remedy all that in conversation with you.

In the mean time we are doing what we must to enforce our position.

Don

In a message dated 1/13/2015 2:58:13 P.M. Eastern Standard Time, KHamm@phoenixrmis.com writes:

I'm really sad to hear that. Michelle has been asked to schedule with Don.

I would hope you know that I have always been straightforward in my dealings. The inability to make payments was exactly that. The rest of the situation came from an analysis made during a pending sale of the company that will be necessary because of the debt load carried on Phoenix and the seasonality issues during a down market which caused cash flow issues.

I have no question about Dons ability to negotiate but mine is obviously questionable at this point because the reality is I was completely overmatched in past deals. I have some things that were overpaid by contract and has to be corrected. Aside from that, unfortunately, I have no remedy for what turned out to be a VERY lopsided agreement on the sale. I assume it was all in good faith but we are all still stinging from it. Anyway, I will be happy to work with Don and hope to make this all work out for the best. Certainly no games are being played here.

Gene, prayers have gone out for you and I wish all the best. Sorry that this has been another issue at a really unfortunate time for you.

Kevin Hamm
Sent from my iPhone

> On Jan 13, 2015, at 7:38 AM, Gene Marsh <genemarsh36@yahoo.com> wrote:
>
> Kevin,
>
> Thanks for your kind thoughts and prayers. My situation is serious...I am
> scheduled to be at Johns Hopkins in Baltimore for the next number of weeks
> and have no idea when I will be back home. In the meantime I am very weak
> and in poor condition to try to work through issues. This, my friend, is why
> I was trying hard to get you to communicate with me the past few months
> because I knew my time was limited. So in my opinion, you are very late to
> come to the negotiation table. You have paid us nothing since
> September....you are in breach of the Agreement and you have failed to make
> any good faith effort to resolve the issue. This is now out of my hands.
> Having said that I encourage you to get in touch with Don ASAP and try to
> work out a satisfactory solution. I will support whatever Don agrees to.
>
> I know you well and I know Don well. I have known both of you for about the
> same number of years. In my judgment, both of you are very sharp and neither
> of you are a pushover.
> Don is a very honest, reasonable person and a good business man. Play
> straight with him and he will be very reasonable with you, but if you try to
> play games with him, you will lose.
>
> Regards,
>
> Gene
>
>
>
>
> -----Original Message-----
> From: Kevin Hamm [mailto:KHamm@phoenixrmis.com]
> Sent: Tuesday, January 13, 2015 12:30 AM
> To: Gene Marsh
> Subject: Re: Phone calls with Kevin
>
> Gene, I'm really sad to hear that your health problems are creating such
> issues for you. I will pray for you.
>
> Please let me know if at some point you will be able to participate. I
> really fear that Don has been less reasonable in past discussions without
> your participation. I certainly understand though if that just isn't a good
> thing for your health condition.
>
> Kevin Hamm
> Sent from my iPhone
>
> On Jan 12, 2015, at 8:04 AM, Gene Marsh
> <genemarsh36@yahoo.com<mailto:genemarsh36@yahoo.com>> wrote:
>
> Michelle,
>
> Due to my declining health...please schedule any future phone calls,
> regarding the Asset Purchase Agreement, with Don Steinmeyer rather than me.
> I have given my proxy to Don. I will be happy to participate with Don on any
> of these calls if I am able to do so at the time.

2

>
> Don's phone number is 775 560-9059.
>
> Many thanks....
>
> Gene Marsh
>

From: Dpsteinmeyer@aol.com
Sent: Saturday, January 17, 2015 10:54 PM
To: Kevin Hamm
Cc: Gene Marsh; markshusted@gmail.com
Subject: 1/15/2015 Phone conversation

Hi Kevin:

Thank you for filling me in on your position relative to the termination of payments to Gene, PRM and myself.

I have had the opportunity to review the issues you raised, as a result of the Patriot audit, with my associates and to review the terms of the APA as they relate to the three issues you identified that triggered the breach. By my commenting as follows, I hope we might short cut the need for some dialog by examining the facts.

1. Administrative Expenses Audit: Nowhere in par 8, page 11 is there a requirement that PRM report expenses to Intercare. The terms actually state that PRM has the discresion to use the funds. It does provide for the expenses to terminate prior to the payment term, if all expenses are satisfied. Factually, all of the funds have not been received as provided and are still due. PRM will advise when the obligations identified are paid. So the termination of these payments prior to determining they are no longer required is a breach.

2. Overpayment of the Broker payables: Paragraph 4b on page 6 requires the establishment of a fund of up to $400,000 to be used to pay broker payables "booked" prior to 12/31/2009. Using round figures this number was determined as follows: In the third quarter of 2010, I performed an audit of the around $900,000 in payables on the PRM books, found that $500,000 of this number consisted of payables that would exceed the statutory collection limit by 10/31/2010 or were with customers no longer doing business with PRM, or both. After reporting this fact to you and Gene and the accountants, the $500,000 was written off. Additionally, it was determined that of the $400,000 remaining, an additional $200,000 would expire on or before 10/31/2011. The result was that was that setting aside $400,000 in the contract was a very safe bet for all parties.

Then in May of 2011, PRM was advised that $350,000 had been charged to the Payable account, which we thought was impossible. Upon receiving the spread sheet detailing the payments, we found that only $12,000 met the requirement of being booked prior to 12/31/2009. You advised me in our conversation, that some $750,000 in broker payments were charged to that account, which in no way could be possible based on ANY accounting we have ever seen that would have met the 12/31/2009 booking requirement in the APA.

3. Settlement Payments to SeaBright: The first annual profit sharing settlement payment was made by Intercare and it was agreed that cost would be split 50 -50 between Intercare and Gene/Don and that was done. The second profit sharing settlement payment was made by Intercare and was fully reimbursed by Gene and Don. There is, therefore, no offset due from Gene and Don.

Kevin, we will be more than happy to look at any data you have that would reveal anything different than what I have outlined above. I believe, however, that we would all be best served by moving forward and finding a way to mitigate the present breach and impending legal costs. We are

disappointed for you and for us that the Patriot audit apparently shoved a wedge between us and for our part want to do what we can to facilitate your progress.

Don

Thanks Kevin,

All the best!

Gene

-----Original Message-----
From: Kevin Hamm [mailto:KHamm@isrholdingsinc.com]
Sent: Tuesday, March 31, 2015 2:09 PM
To: Gene Marsh
Subject: Re: Greetings

Gene, it's really great to hear from you. I wasn't aware that anything was being shorted so I will look into that. I know you there are a number of things that were overpaid in the past (escrow accounts for legal issues and broker debt above the $400K cap) but we weren't going to short any payments until the numbers were clearly outlined and we had a communicated plan.

I'm happy to hear that things went well and that you're feeling better. I wish you continued health and happiness.

Kevin Hamm
Sent from my iPhone

On Mar 31, 2015, at 8:31 AM, Gene Marsh
<genemarsh36@yahoo.com<mailto:genemarsh36@yahoo.com>> wrote:

Hi Kevin,

I got an e-mail from you yesterday but within seconds it disappeared. In any case it was great to hear from you.

You asked how I am doing...and I am happy to report that after three horrible months I am starting to feel a little better, albeit very weak. So unless I have to go back for more surgery and chemo at Hopkins....I feel that I have a good shot at another year or two...hopefully many more!

I hope that things are going better for you now that you have done your deal with Patriot. And of course it is important to me that you are able to meet your commitments under our contract. I note that they are still, on some occasions, shorting my payment by $3,000. I know that they say it isn't due because I no longer have a plane....but if they read the contract they will see that it is in fact due....and thus the breach continues.

As always, I wish you every success and am always willing to cooperate if temporary adjustments are needed.

All the best,

Gene

1

Sounds like a plan to me. I always like the updates from Michelle.


Sent from my Verizon Wireless 4G LTE Smartphone


-------- Original message --------
From: Kevin Hamm
Date:07/01/2015 12:26 PM (GMT-08:00)
To: dpsteinmeyer@aol.com
Cc: Gene Marsh , Michelle Goldsberry
Subject: Re: APA BREACH

Don. I would be happy to sit down with you with my CFO to go over everything. I will copy Michelle and ask her to set it up with me, Dave Garrett and Dave Wells. I knew there were several missed last year but was unaware of the ongoing issues since I asked them to resume business as usual until it's resolved. I have been asking finance for awhile to quantify everything so we can sit down and go over everything. We are very short staffed and a lot of issues going on. They FINALLY gave me the last piece I needed Monday. I am prepared to go over all the information and it might be good to do that in the office so we can pull together anything needed to discuss.

The KURA position isn't actually anything new. It was just never put into my LinkedIn profile until recently. I first started it a few years ago but kept it under the radar because people always copycat my stuff. Since there were numerous employees and a LinkedIn site for KURA, it was crazy that the CEO and Founder didn't even list it in his profile so they finally added it.

Kevin Hamm
Sent from my iPhone

On Jul 1, 2015, at 11:21 AM, "dpsteinmeyer@aol.com" <dpsteinmeyer@aol.com> wrote:

Congratulations on your announcement of your position with your new medical adventure. I wish you every success with this project.

I am sure that you are aware neither Gene or I as well as PRM were paid as required in the APA in the month of June. As result, no payments have been received as required by the APA in October, November, and December of 2014; and were also missed in January, April and now June of 2015. In addition, Gene's payments were short of the amount required in 2015 and none of the agreement 's payments to PRM have been made since October of 2014.

These breaches of the APA are beyond serious and now requires resolution. I am certain you are aware of our options. One would be for you and me to set down and find a way to address the issues that would satisfy all parties, (Gene has given me his POA to address this issue); and the other is to let a third party resolve the matter. The latter could be quite expensive.

I hope you will invite me to meet with you to address the matter. I am available to be in your office almost any time and I would hope that could be before we must take other steps.

Don.   775.560.9059

Sent from my Verizon Wireless 4G LTE Smartphone

| From: | Michelle Goldsberry |
|---|---|
| Sent: | Wednesday, July 01, 2015 2:16 PM |
| To: | Kevin Hamm; dpsteinmeyer@aol.com |
| Cc: | Gene Marsh |
| Subject: | RE: APA BREACH |

Hello Don. Hope you're doing well. I just talked to our CFO and there will be a payment wired tomorrow. As for Kevin's schedule, see below.

Available Schedule:
8th – 2pm-5pm
9th – 11:00-1:30
10th – Open

Please let me know what works for your calendar. You can call me on my cell if you wish 916-532-1633.

Talk soon



**Michelle Goldsberry**
Executive Assistant
ISR Holdings, Inc.
mgoldsberry@isrholdingsinc.com
Ph: (916) 757-1244 | Fax: (877) 579-1600

Corporate Office:
140 Diamond Creek Place | Roseville, CA 95747
License #OG38878

---

**From:** Kevin Hamm
**Sent:** Wednesday, July 01, 2015 12:27 PM
**To:** dpsteinmeyer@aol.com
**Cc:** Gene Marsh; Michelle Goldsberry
**Subject:** Re: APA BREACH

Don. I would be happy to sit down with you with my CFO to go over everything. I will copy Michelle and ask her to set it up with me, Dave Garrett and Dave Wells. I knew there were several missed last year but was unaware of the ongoing issues since I asked them to resume business as usual until it's resolved. I have been asking finance for awhile to quantify everything so we can sit down and go over everything. We are very short staffed and a lot of issues going on. They FINALLY gave me the last piece I needed Monday. I am prepared to go over all the information and it might be good to do that in the office so we can pull together anything needed to discuss.

1

The KURA position isn't actually anything new. It was just never put into my LinkedIn profile until recently. I first started it a few years ago but kept it under the radar because people always copycat my stuff. Since there were numerous employees and a LinkedIn site for KURA, it was crazy that the CEO and Founder didn't even list it in his profile so they finally added it.

Kevin Hamm
Sent from my iPhone

On Jul 1, 2015, at 11:21 AM, "dpsteinmeyer@aol.com" <dpsteinmeyer@aol.com> wrote:

Congratulations on your announcement of your position with your new medical adventure. I wish you every success with this project.

I am sure that you are aware neither Gene or I as well as PRM were paid as required in the APA in the month of June. As result, no payments have been received as required by the APA in October, November, and December of 2014; and were also missed in January, April and now June of 2015. In addition, Gene's payments were short of the amount required in 2015 and none of the agreement 's payments to PRM have been made since October of 2014.

These breaches of the APA are beyond serious and now requires resolution. I am certain you are aware of our options. One would be for you and me to set down and find a way to address the issues that would satisfy all parties, (Gene has given me his POA to address this issue); and the other is to let a third party resolve the matter. The latter could be quite expensive.

I hope you will invite me to meet with you to address the matter. I am available to be in your office almost any time and I would hope that could be before we must take other steps.

Don.   775.560.9059

Sent from my Verizon Wireless 4G LTE Smartphone

| From: | David Wells |
|---|---|
| Sent: | Wednesday, July 08, 2015 5:49 PM |
| To: | dpsteinmeyer@aol.com |
| Subject: | FW: PRM Purchase Modifications |
| Attachments: | SKMBT_22315070817020.pdf |

Hi Don,

It was nice talking with you this evening. Attached are the Purchase Modifications for your records.

Best,

David


*David P. Wells, CPA*
140 Diamond Creek Place
Roseville, CA 95747
(916) 757-1215 – Office
(916) 580-8006 – Cell
<u>dwells@isrholdingsinc.com</u>

**From:** Scanner
**Sent:** Wednesday, July 08, 2015 5:03 PM
**To:** David Wells
**Subject:** PRM Purchase Modifications

It is not the end of the world if you don"t do 2012.

In a message dated 7/9/2015 7:53:26 P.M. Eastern Daylight Time, dwells@isrholdingsinc.com writes:

Sounds good. I have 2013 1099's in the office, and I can order 2014 from the IRS Web Site. I'll have to figure out how to get 2012, maybe Amazon.


Thanks,


David


*David P. Wells, CPA*

140 Diamond Creek Place

Roseville, CA  95747

(916) 757-1215 – Office

(916) 580-8006 – Cell

dwells@isrholdingsinc.com


From: Dpsteinmeyer@aol.com [mailto:Dpsteinmeyer@aol.com]
Sent: Thursday, July 09, 2015 4:49 PM
To: David Wells
Subject: Re: Steinmeyer 1099's


The IRS did not ding us for 2012 but as long as we are going to have to re file, we might as well do them both.


In a message dated 7/9/2015 7:39:04 P.M. Eastern Daylight Time, dwells@isrholdingsinc.com writes:

Yes, was it for 2012 as well? I will get with December, and we will reallocate the income to the correct box. (Other Income) I sent your prior e-mail to Kevin suggesting we send out a payment for $36,000 tomorrow to cover the ESOP shortfall.

Thanks,

David

*David P. Wells, CPA*

140 Diamond Creek Place

Roseville, CA 95747

(916) 757-1215 – Office

(916) 580-8006 – Cell

dwells@isrholdingsinc.com

---

**From:** Dpsteinmeyer@aol.com [mailto:Dpsteinmeyer@aol.com]
**Sent:** Thursday, July 09, 2015 4:37 PM
**To:** David Wells
**Subject:** Steinmeyer 1099's

David:

Are you able to issue corrected 1099's for 2012, 13, and 14 along the lines we discussed yesterday?

Don

**From:** Dpsteinmeyer@aol.com
**Sent:** Friday, July 10, 2015 1:54 PM
**To:** Kevin Hamm
**Subject:** (no subject)

Kevin:

Thank you so much for setting up the meeting to resolve the payment issues on the APA. Your staff was very intent on assisting in resolving the issues and I am appreciative of that and will convey your cooperation to Gene, who I am certain shares in my sentiments.

Rest assured that I will work with you in the future in any way I can for we are well aware that your success is our only security in this matter.

Don

Hi Don,

Attached is an ESOP notice.  Please let me know if you would like me to forward it to your Florida address.

Thanks,

Dave

*David P. Wells*
*Controller*
140 Diamond Creek Place
Roseville, CA 95747
(916) 757-1215 – Office
dwells@isrholdingsinc.com

**From:** Scanner
**Sent:** Friday, February 05, 2016 1:19 PM
**To:** David Wells
**Subject:** ESOP Notice

Hello David,

A month or so ago I advised you that Gene Marsh had requested that I ask if restructuring the gross payment amounts to the two of us could be restructured without causing a problem from your standpoint. You indicated that you did not see a problem but would like to confirm that opinion within your organization. Gene's reason for this request is to reimburse me for the advances made by me to resolve the issue with Sea Bright so ISR commissions would not be offset. (I never made any such request from Gene.)

This past weekend Gene passed away, so at this point I am formally requesting that we jointly recognize Gene's request beginning with the March payments to us as follows :

1. Modify the payment to Marsh from $10,000 monthly to $7500 for the remaining 59 payments.

2. Modify the payment to Steinmeyer from $5000 monthly to $7500 for the remaining 59 payments.

The payee, routing and address to remain the same for both accounts although the address, routing and trust account will likely change after Gene's wife sells their home and moves closers to her family.

If this causes any problem, please advise and we will address his wishes another way.

Thanks for your help,

Donald P Steinmeyer individually and with durable POA for Gene Marsh

Sent from my Verizon Wireless 4G LTE smartphone

David and Kevin :

I am at loggerheads with your request. I was given specific instructions by Gene when he gave me his durable POA to negotiate a settlement with you that his trustees were to have absolutely no contact with your organization for fear they would "screw it up " because they have no knowledge of the deal or his desires, with regard thereto.

I am loathe to contact his wife, although I am sure she would concent but I am not so sure about his daughter and I am quite sure you don't want to go there either. I don't think it in either of our interest to open up our settled modification to an unknown like this.

I fully understand your request. The trust has been given the adjusted income figures and have done whatever they are doing with those numbers in their distributions and planning so I cannot imagine anything down the road. I am furthermore concerned that if the trust receives a $10,000 payment following his death, Gene's wishes may be more difficult to fulfill, for reasons already stated.

Would it satisfy you if I gave you my hold harmless as a result of the adjustment or some such instrument on my behalf and/or with Gene's POA?

Another possibility would be to have the attorney for the trust give me a letter saying he acknowledges the payment to the trust of $7500 a month for 59 months in full satisfaction of the terms of the APA. But I don't like that so much since Gene kept the APA from him and did not want him involved either. (The trust attorney is aware of Gene's wishes but I am not sure about trustees. )

Let me know what you think. I don't want to blow this out of proportion or get on the wrong track but like you, don't need any problems.

Finally, as an aside, you don't have any written confirmation from Gene's side that the current payments and modification are acceptable. Only my confirmation and of course, there have been no problems, and won't be with this matter either. (Maybe I should have given you this paragraph first and forgotten about the rest of the diatribe. )

Don


Sent from my Verizon Wireless 4G LTE smartphone
-------- Original message --------
From: David Wells <dwells@isrholdingsinc.com>
Date: 2/23/2016 3:33 PM (GMT-05:00)
To: dpsteinmeyer <dpsteinmeyer@aol.com>
Subject: RE:


Hi Don,

Could you provide Kevin written authority from Gene's side acknowledging the payment change is ok? He doesn't want to run into any problems down the road.


Thanks,


Dave


*David P. Wells*

*Controller*

140 Diamond Creek Place

Roseville, CA 95747

(916) 757-1215 – Office

dwells@isrholdingsinc.com


---

**From:** dpsteinmeyer [mailto:dpsteinmeyer@aol.com]
**Sent:** Tuesday, February 23, 2016 12:10 PM
**To:** David Wells
**Subject:**


David :


Are we good with the payment adjustments I requested beginning in March? I need to advise Gene Marsh's trustees if you are unable to do so.


Don

Sent from my Verizon Wireless 4G LTE smartphone

| From: | dpsteinmeyer <dpsteinmeyer@aol.com> |
|---|---|
| Sent: | Friday, February 26, 2016 8:08 AM |
| To: | Kevin Hamm; David Wells |
| Subject: | Gene Marsh |

I was frustrated with your request for written confirmation of my instruction to adjust the payment split on our settlement agreement, so I sought legal advice and more information.

Please be advised of the following :

1. The Marsh's each have their own trusts. Helen is the trustee of hers and Gene's daughter Karen Rigby is the trustee of his.

2. The PRM matters reside in Gene's trust.

3. By virtue of my POA designation by Gene, I am the "other side " that you reference.

Gene and his council requested that I make the adjustment in the settlement split which I subsequently made of you. I am obligated to fulfill this request.

I am advised to not subjugate any of my responsibility under the POA, to Gene's trustee. The fact of the matter is, however, the trustee fully expects, the payment to Gene to be $7500 in March and every month thereafter to the end of the modification agreement.

So, in consideration of the above, I respectfully request that you honor my instruction for the settlement modification split; and allow me to meet my duty in full filling our friend Gene's request.

Let me know if you have some business or legal reason for not doing so.

Thank you very much.

Don


Sent from my Verizon Wireless 4G LTE smartphone

1

This is to acknowledge receipt of payment number 13 of the modification agreement to the APA and to confirm that payment number 12 has been furloughed to become due the month after payment 66 is made; in accordance with the adjustment agreed to in my correspondence to you dated 7/17/16.

Best to you and continued success.

Don


Sent from my Verizon, Samsung Galaxy smartphone

We received the Friday payment as you promised; thank you.

It would help me a lot David, if you would give me a heads up in the future, if a payment will be delayed more than five days after the first and an estimate of when it will be made.

I am not so concerned about a delay, so long as you share the plan with me. Please realize that I have to deal with non business experience "little old ladies." We have to keep them on the reservation.

Don


Sent from my Verizon, Samsung Galaxy smartphone

**From:** dpsteinmeyer <dpsteinmeyer@aol.com>
**Sent:** Monday, December 19, 2016 11:00 AM
**To:** Kevin Hamm; David Wells
**Subject:** PRM

Kevin:

All of the motions and the complaint are ready to go but before we proceed , I thought I would make one more pass at you to see if you had anything to say about the missed October, November and December payments.

Don


Sent from my Verizon, Samsung Galaxy smartphone

Kevin,

Thank you very much for your email. I'm sure our attorneys will be willing to discuss possible solutions to the payment issues and I must defer to them as to whether any solution outside of the present legal proceeding is in the Trust's best interest.

Best regards,

Karen

In a message dated 8/4/2017 6:36:47 PM Eastern Standard Time, KHamm@isrholdingsinc.com writes:

Karen, I just read your attached letter/exhibit that you attempted to send me prior. Wow! I am very touched by what you wrote. Let me start with an explanation of why I am just now responding and then an apology. My correct email address is Khamm@ISRHoldingsinc.com and not Khamm@ISRHoldings.com which explains why I never received your email. My first thought was that it must have gone to the spam folder until I looked more closely at the address. I want you to know that I definitely would have responded had I received your email.

I had a great deal of respect for your father and was very saddened to hear of his terminal diagnosis and subsequent passing. I realize that this has turned into a situation that has resulted in a lawsuit that was filed and I certainly understand your position absent hearing anything from me, especially in light of a belief that I didn't respond to your kind email. I also understand your actions, and I am very sorry that it has come to that. I want you to know that there is no "business decision" on my part that would attempt to not honor my word. The only "business decision" has been based on a temporary problem that has put us on "survival mode". I would love to spend some time discussing my current situation without going into details by email, but I have personally eaten into my personal savings until I couldn't do it anymore and be able to pay my mortgage. My house is up for sale because I can't even access the equity in my house since business losses have created a negative personal income on my tax returns that prevents me from even getting a personal loan against my equity because I don't show that I have an income. That has been poured back into the company to be sure that we could continue to make payroll.

I don't mean to imply hopelessness because we have some amazing contracts in place and a huge hope for the future. Unfortunately, contracts will pay the bills and make a tremendous profit in the future. They don't pay all of our bills right now. I am diligently seeking capital investment in my companies and I believe that I will have some major investors because of a very bright future IF I can get there. My CFO has been not paying anything other than those things that we need to survive in the short run. This is a horrible predicament and it goes against everything in my nature to put off payment of things that I am obligated to pay. I have absolutely NO intention of not paying my obligations and I want you to know that.

I have been working with Don Steinmeyer on such matters in the past. He is often difficult in situations like this, but I don't want to insinuate that he is the problem because I left discussions up to him and my CFO and I have to take

responsibility for not personally working with him and communicating with him. I have an ignored note to talk to him for awhile now. It has always been pushed down on the list mostly because of the dread of facing that conversation. That is my fault and not his. I am sorry for that and I am sorry for putting you in a situation that has necessitated the filing of a lawsuit to get attention to this. I do hope you know that if I would have received your earlier correspondence, I definitely would have responded.

I will definitely be reaching out to Don as I am doing so now with you. I certainly hope that we can find a way to restore some trust and find a solution outside of legal action.

Thank you for attempting to reach me prior to the legal action.

Best regards,

Kevin Hamm