Peter Dunn Lemmon, Esq., Ca. Bar No. 138691
Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2
Auburn, California 95603
Email: peter@pdllaw.com
Telephone: 530.265.6100
FAX: 530-264-8448
Attorneys for Defendant and Cross Complainant, ISR Holdings, Inc. aka Intercare.



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,

Plaintiffs,

vs.

INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL, INC., A Florida Corporation.

Defendants.

ISR HOLDINGS, INC., a California Corporation,

Cross-Complainant,

vs.

KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual, and DOES 1-25

Cross-Defendants.

Case No.: 2:17-cv-01347-MCE-EFB

STIPULATION REGARDING DATE TO MEET AND CONFER RE: DISCOVERY PLAN PER FRCP 26 AND ORDER THEREON

JURY TRIAL DEMANDED

WHEREAS, on September 28, 2017, pursuant to the Initial Pretrial Scheduling Order of this court dated June 30, 2017 (Doc. 4), counsel for Plaintiffs and Cross-Defendants KAREN RIGSBY, Trustee, and DONALD P. STEINMEYER ("Plaintiffs/Cross-Defendants"), counsel for Defendant and Cross-Complainant ISR HOLDINGS, INC. ("ISR"), and counsel for Defendant KEVIN HAMM ("Hamm") agreed to meet and confer regarding their discovery plans as required by Federal Rule of Civil Procedure 26(f).

Having so agreed, IT IS HEREBY STIPULATED by the Plaintiffs/Cross-Defendants, ISR and Hamm that:

1. On October 4, 2017 at 3:00 p.m. a conference will take place between Plaintiffs/Cross-Defendants, ISR, and Hamm at which time said parties will meet and confer regarding their discovery plan as required by FRCP 26(f).
2. Until this conference, Plaintiffs/Cross-Defendants, ISR and Hamm agree not to propound to each other any formal discovery.
3. By entering into this Stipulation and requesting an order thereon, the parties do not submit to jurisdiction or venue. The parties reserve all claims and defenses relating to the jurisdiction of this court and the venue of this action or their consent to the same.

IT IS SO STIPULATED.

Dated: October 2, 2017

__________/s/_________________________

Peter Dunn Lemmon
Attorneys for Defendant and Cross-Complainant, ISR HOLDINGS, INC

Dated: October 2,, 2017

___________/s/________________________

Dewey Harpainter
Attorneys for Defendant and Cross-Complainant, KEVIN HAMM

Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2
Auburn, California 95603
Telephone (530) 265-6100

Dated October 2, 2017

_____________/s/__________________________

Robert Ross Riggs
Attorneys for Plaintiff KAREN RIGSBY and DONALD STEINMEYER

IT IS SO ORDERED.

Dated: October 5, 2017

___________________________________
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2
Auburn, California 95603
Telephone (530) 265-6100

3

STIPULATION REGARDING DATE TO MEET AND CONFER RE: DISCOVERY PLAN PER FRCP 26 AND ORDER