ROBERT R. RIGGS (SBN 107684)
STEPHEN G. PREONAS (SBN 245334)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
email: rriggs@katzoffriggs.com

Attorneys for Plaintiffs KAREN RIGSBY,
Trustee, and DONALD P. STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., et al.<br><br>  Defendants.<br>―――――――――――――――<br>ISR HOLDINGS, INC., a California Corporation,<br><br>  Cross-Complainant,<br><br>vs.<br><br>KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, and individual, and DOES 1-25<br><br>  Cross-Defendants.<br>―――――――――――――――| Case No. 2:17-cv-01347-MCE-EFB<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO CROSS COMPLAINT; ORDER THEREON** |

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO CROSS COMPLAINT; ORDER THEREON**

1

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

IT IS HEREBY STIPULATED by the Cross Complainant and Cross Defendants in this matter that Cross-Defendants, KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual, shall have through and including October 26, 2017 in which to file a response to the Cross Complaint of Cross-Complainant, ISR HOLDINGS, INC. a California corporation, filed herein on September 21, 2017 as Docket No. 34.

Dated: October 11, 2017

LAW OFFICES OF PETER DUNN LEMMON

/s Peter Dunn Lemmon

_____
Peter Dunn Lemmon

Attorneys for Defendant and Cross-Complainant ISR HOLDINGS, INC.

Dated: October 11, 2017

KATZOFF & RIGGS LLP

/s Robert R. Riggs

_____
Robert R. Riggs

Attorneys for Plaintiffs and Cross-Defendants KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER

IT IS SO ORDERED.

Dated: October 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO CROSS COMPLAINT; ORDER THEREON**

2