ROBERT R. RIGGS (SBN 107684)
STEPHEN G. PREONAS (SBN 245334)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
email: rriggs@katzoffriggs.com

Attorneys for Plaintiffs KAREN RIGSBY,
Trustee, and DONALD P. STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., et al.<br><br>    Defendants.<br>_____<br>and RELATED COUNTERCLAIM<br>_____ | Case No. 2:17-cv-01347-MCE-EFB<br><br>**STIPULATION AND ORDER FOR FILING OF SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties in this action, by and through their undersigned counsel, as follows:

    1.    The attached Second Amended Complaint may be filed by Plaintiffs herein.

---

**STIPULATION AND ORDER FOR FILING OF SECOND AMENDED COMPLAINT**
1

The Court is requested to enter an order permitting such filing. Upon filing, summons shall issue on the Second Amended Complaint from the Clerk of the Court, addressed to the newly named defendant, Phoenix Risk Management, Inc. ("Phoenix").

2. The Second Amended Complaint shall replace and supersede in its entirety the First Amended Complaint filed herein October 16, 2017 ("FAC").

3. Defendant Patriot National, Inc. will not be required to respond to the FAC. Patriot will instead respond to the Second Amended Complaint by filing an answer or a motion to dismiss per Fed.R.Civ.P. 12(b)(6) within 21 days of filing of the Second Amended Complaint.

4. The Answer of Defendant Intercare Specialty Risk Insurance Services, Inc., also known as ISR Holdings, Inc. ("ISR"), filed 9/21/17 as Docket No. 33, will also be deemed to apply to the Second Amended Complaint. No further answer by these parties to the Second Amended Complaint will be required.

5. The Answer of Kevin Hamm ("Hamm"), filed 9/21/17 as Docket No. 40, will also be deemed to apply to the Second Amended Complaint. No further answer by Mr. Hamm to the Second Amended Complaint will be required.

6. By failing to respond to the FAC, Patriot, ISR, and Hamm are in no way deemed to be engaging in an admission to any of the allegations contained therein or a waiver of any of its defenses and/or affirmative defenses. Rather, the Second Amended Complaint replaces and supersedes the FAC, defendants are not required to respond to the FAC. Defendants in no way waive any defenses or affirmative defenses.

IT IS SO STIPULATED.

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

Dated: October 27, 2017

KATZOFF & RIGGS LLP

By: /s Robert R. Riggs
_____
Robert R. Riggs

Attorneys for Plaintiffs and Cross-Defendants KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER

Dated: October 27, 2017

LAW OFFICES OF PETER DUNN LEMMON

By: /s Peter Dunn Lemmon
_____
Peter Dunn Lemmon

Attorneys for Defendant and Cross-Complainant ISR HOLDINGS, INC., also known as INTERCARE SPECIALTY RISK INSURANCE SERVICES, INC.

Dated: October 27, 2017

LAW OFFICE OF DEWEY V. HARPAINTER

By: /s Dewey V. Harpainter
_____
Dewey V. Harpainter

Attorneys for Defendant KEVIN HAMM

Dated: October 27, 2017

CONRAD & SCHERER LLP

By: /s Russell R. O'Brien
_____
Russell R. O'Brien

Attorneys for Defendant PATRIOT NATIONAL, INC.

Dated: October 27, 2017

WANGER JONES HELSLEY PC

By: /s Oliver W. Wanger
_____
Oliver W. Wanger

Attorneys for Defendant PATRIOT NATIONAL, INC.

By the Court:

Good cause appearing, IT IS SO ORDERED.

Dated: November 1, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE