ROBERT R. RIGGS (SBN 107684)
STEPHEN G. PREONAS (SBN 245334)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
email: rriggs@katzoffriggs.com

Attorneys for Plaintiffs KAREN RIGSBY,
Trustee, and DONALD P. STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., et al.<br><br>Defendants.<br>_____<br><br>and RELATED COUNTERCLAIM<br>_____ | Case No. 2:17-cv-01347-MCE-EFB<br><br>**JOINT REPORT OF THE PARTIES OUTLINING DISCOVERY PLAN; ORDER THEREON**<br><br>**[Fed.R.Civ.P. 26(f)(2)]** |

The parties in this action have conferred regarding the subjects of Federal Rule of Civil Procedure 26, as follows. Counsel for Plaintiffs Karen Rigsby, Trustee of the Marsh Revocable Trust of 2003, and Donald P. Steinmeyer (hereafter, "Plaintiffs"), and

---

**JOINT REPORT OF THE PARTIES OUTLINING DISCOVERY PLAN; ORDER THEREON**
1

counsel for Defendant Patriot National, Inc. conferred on August 30, 2017. Counsel for Plaintiffs and counsel for Defendants Intercare Specialty Risk Insurance Services, Inc., ISR Holdings, Inc., and Kevin Hamm conferred on October 4, 2017. As a result of the foregoing conferences, the following outline of a discovery plan was agreed.

**A.  Disclosures Under Fed.R.Civ.P. 26(a)**

The parties will each make their respective Rule 26(a) disclosures to all other parties by the date thirty (30) days following the submittal of this Joint Report. Produced documents will be Bates numbered, to the extent practicable, for ease of identifying the producing party.

**B.  Sequence and Subjects of Discovery**

Discovery may proceed as stated herein regarding any nonprivileged matter that is relevant to any party's claims or defenses and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence in order to be discoverable.

**1.  Written Discovery.**

Interrogatories to parties may be propounded pursuant to Fed.R.Civ.P. 33 by any party, effective upon the submittal of this Joint Report. The limit on the number of interrogatories specified in Fed.R.Civ.P. 33(a)(1) shall apply. Leave to serve additional interrogatories may be granted by the Court for good cause shown. The parties shall

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

meet and confer in good faith concerning any request for leave to propound additional interrogatories prior to any motion for leave of Court.

Requests for admissions to parties may be propounded pursuant to Fed.R.Civ.P. 36 by any party, effective upon the submittal of this Joint Report. Requests for admissions shall be limited to thirty (30) by any one party to any other party. Leave to propound additional requests for admissions may be granted by the Court for good cause shown. The parties shall meet and confer in good faith concerning any request for leave to propound additional requests for admissions prior to any motion for leave of Court.

Requests for production of documents, electronically stored information, and tangible things to parties may be propounded pursuant to Fed.R.Civ.P. 34 by any party, after the time for each party's initial Rule 26(a) disclosures specified in this Joint Report. Additionally, as provided in Fed.R.Civ.P. 34(c) and Fed.R.Civ.P. 45, a nonparty may be compelled to produce documents and tangible things, after the time for each party's initial Rule 26(a) disclosures specified in this Joint Report. Leave to propound additional requests for admissions may be granted by the Court for good cause shown. The parties shall meet and confer in good faith concerning any request for leave to propound additional requests for admissions prior to any motion for leave of Court.

**2. Depositions.**

Depositions by oral examination may be taken pursuant to Fed.R.Civ.P. 30 during any of the following time periods: (1) between February 1, 2018 and May 4, 2018; and (2) between Aug. 13, 2018 and Aug. 31, 2018. Leave of court shall be required to take depositions under the circumstances listed in Fed.R.Civ.P. 30(a)(2). The deponent's

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

attendance may be compelled by subpoena under Rule 45. The parties shall meet and confer in good faith concerning any request for leave to take depositions, if such leave is required.

Depositions by written questions may be taken pursuant to Fed.R.Civ.P. 31 at any time between February 1, 2018 and Aug. 31, 2018. Leave of court shall be required to take depositions under the circumstances listed in Fed.R.Civ.P. 31(a)(2). The deponent's attendance may be compelled by subpoena under Rule 45. The parties shall meet and confer in good faith concerning any request for leave to take depositions, if such leave is required.

### C. Electronically Stored Information

Electronically Stored Information ("ESI") that is within the scope of discovery as identified in this Joint Report will be produced, unless it would need to be produced from sources that are not reasonably accessible because of undue burden or cost. The parties will produce ESI in digital format, including: (i) Bates labeled images, either in single-page TIFF image format, 300 dots per inch, or multi-page PDF format; (ii) corresponding metadata for each separate record; (iii) extracted text or OCR text for each document containing text; (iv) load files for all images, metadata and extracted text provided. Files that require viewing in their native format for a full understanding of their content, such as spreadsheets, presentations, database files, and any other file types that reasonably require viewing in their native format for a full understanding of their content, shall be produced in their native format along with a placeholder image containing the assigned bates number of the native file. In the event documents are produced in a format that is

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

unusual, rare and/or proprietary, the parties will meet and confer in good faith concerning making available to other parties any software that may be necessary to view the documents in their native format.

The parties shall meet and confer in good faith concerning any issues of reasonable accessibility or undue cost in connection with ESI.

### D. Privilege, Confidentiality and Protective Orders

#### 1. Privilege

Privileged documents that are inadvertently produced by any party shall be promptly returned to that party, with any copies destroyed, if the party makes a written claim of privilege accompanied by a request for such return and destruction with reasonable promptness after discovering the inadvertent production. Any unresolved disputes over whether or not produced documents are privileged, and/or, over whether a knowing waiver of the privilege has occurred, shall be resolved by the Court prior to any further use of the document for purposes of testimony or evidence.

#### 2. Confidentiality

The parties have agreed to enter into the Stipulation and [Proposed] Protective Order attached as Exhibit A to this Joint Report.

### E. Changes to Limitations on Discovery

As discussed herein, the parties have agreed to abide by the limitations on discovery arising from the current version of the Federal Rules of Civil Procedure, unless there is good cause for modifying these limitations. The parties have further agreed to meet and confer in good faith prior to presenting any request to modify the limitations of the Federal Rules of Civil Procedure to the court.

# STIPULATION TO ADOPT JOINT REPORT AS ORDER OF THE COURT

The undersigned, constituting counsel of record for all of the parties who have appeared in this action, join in this Joint Report. The undersigned stipulate that the Court should adopt the Joint Report as the order of the Court.

[signatures continue on following page]

Dated: October 18, 2017

          KATZOFF & RIGGS LLP

          /s Robert R. Riggs
By: _____
          Robert R. Riggs

          Attorneys for Plaintiffs and Cross-Defendants KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER

Dated: October 18, 2017

          LAW OFFICES OF PETER DUNN LEMMON

          /s Peter Dunn Lemmon
By: _____
          Peter Dunn Lemmon

          Attorneys for Defendant and Cross-Complainant ISR HOLDINGS, INC.

Dated: October 18, 2017

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

|   |   |
|---|---|
|   | LAW OFFICE OF DEWEY V. HARPAINTER |
| Dated: October 18, 2017 | By: /s Dewey V. Harpainter<br>_____<br>Dewey V. Harpainter |
|   | Attorneys for Defendant KEVIN HAMM |
|   | CONRAD & SCHERER LLP |
|   | By: /s Russell R. O'Brien<br>_____<br>Russell R. O'Brien |
|   | Attorneys for Defendant PATRIOT NATIONAL, INC. |
| Dated: October 18, 2017 | WANGER JONES HELSLEY PC |
|   | By: /s Oliver W. Wanger<br>_____<br>Oliver W. Wanger |
|   | Attorneys for Defendant PATRIOT NATIONAL, INC. |

By the Court:

Good cause appearing, IT IS SO ORDERED.

Dated: November 8, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

**JOINT REPORT OF THE PARTIES OUTLINING DISCOVERY PLAN; ORDER THEREON**