Peter Dunn Lemmon, Esq., Ca. Bar No. 138691
Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2
Auburn, California 95603
Email: peter@pdllaw.com
Telephone: 530.265.6100
FAX: 530-264-8448
Attorneys for Defendants Intercare Specialty Risk Insurance Services, Inc., ISR Holdings, Inc., and Phoenix Risk Management

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL, INC., A Florida Corporation.<br><br>Defendant(s).<br><br>─────────────────────────<br>AND RELATED CROSS ACTION | Case No.: 2:17-cv-01347-MCE-EFB<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME TO OPPOSE MOTION OF CROSS-DEFENDANTS KAREN RIGSBY AND DONALD P. STEINMEYER TO DISMISS CROSS COMPLAINT |

  Counsel for Plaintiffs and Cross-Defendants, KAREN RIGSBY and DONALD P. STEINMEYER ("Plaintiffs"), hereby stipulates with Counsel for Cross-Complainant ISR HOLDINGS, INC. ("ISR"), that good cause exists to extend the time for response by ISR to the Motion of Cross-Defendants Karen Rigsby and Donald P. Steinmeyer to Dismiss Cross-Complaint of ISR Holdings, Inc., filed herein Oct. 26, 2017 ("the Motion"). Good cause

1
_____
STIPULATION AND ORDER
RE: EXTENSION OF TIME TO OPPOSE MOTION OF CROSS-DEFENDANTS KAREN RIGSBY AND DONALD P. STEINMEYER TO DISMISS CROSS COMPLAINT

Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2, Auburn, California 95603
Telephone (530) 265-6100

exists because ISR and Plaintiffs have agreed to participate in a global mediation of this case not later than April 11, 2018. Therefore, it is agreed that there is good cause to modify the briefing schedule set by the Court's minute order herein of Nov. 7, 2017, by extending the time for response by ISR to a date twenty eight (28) days after April 11, 2018, or May 9, 2018, and by extending the time for reply by Plaintiffs to a date fourteen (14) days after May 9, 2018.

Therefore, that the time for said Cross-Complainant to file its opposition or other response to the Motion is hereby extended until May 9, 2018.

Additionally, the time for said Plaintiffs to file reply to any opposition to the Motion is hereby extended until May 23, 2018.

IT IS SO AGREED.

Dated: January 24, 2018

_____
Peter Dunn Lemmon
Attorney for ISR Holdings, Inc.

Dated: January 24, 2018          KATZOFF & RIGGS, LLP


By:   /s/Robert R. Riggs
Robert R. Riggs
Attorney for Plaintiffs
KAREN RIGSBY, Trustee, and
DONALD P. STEINMEYER


By the Court:

Good cause appearing, IT IS SO ORDERED.

Dated: January 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
RE: EXTENSION OF TIME TO OPPOSE MOTION OF CROSS-DEFENDANTS KAREN RIGSBY AND DONALD P. STEINMEYER TO DISMISS CROSS COMPLAINT