ROBERT R. RIGGS (SBN 107684)
STEPHEN G. PREONAS (SBN 245334)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
email: rriggs@katzoffriggs.com

Attorneys for Plaintiffs KAREN RIGSBY,
Trustee, and DONALD P. STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>INTERCARE SPECIALTY RISK INSURANCE SERVICES, INC., et al.<br><br>　　　　Defendants.<br>_____<br><br>and RELATED CROSS ACTION<br>_____ | Case No. 2:17-cv-01347-MCE-EFB<br><br>**STIPULATION AND ORDER TO SEVER DEFENDANT PATRIOT NATIONAL, INC.** |

　　　　On June 30, 2017, Plaintiffs Karen Rigsby, as Trustee of the Marsh Revocable Trust of 2003 and Donald P. Steinmeyer ("Plaintiffs") filed this action for Breach of Contract against Defendant Intercare Specialty Risk Insurance Services, Inc., and its

---

**STIPULATION AND ORDER TO SEVER DEFENDANT PATRIOT NATIONAL, INC.**
1

successor-in-interest ISR Holdings, Inc. ("ISR"); Alter Ego Liability against Defendants ISR and Kevin Hamm ("Hamm"); Intentional Interference of Contract against Defendant Patriot National, Inc. ("Patriot"); and Fraudulent Conveyance against Defendants Patriot and Phoenix Risk Management, Inc. ("Phoenix").

On September 21, 2017, ISR filed a Cross-Complaint against Plaintiffs. Patriot is not named as a Cross-Defendant in the Cross-Complaint.

On January 30, 2018, Patriot filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court for the District of Delaware ("the Bankruptcy Petition"). The bankruptcy matter is entitled *In re Patriot National, Inc.*, Case No. 18-10189.

On February 5, 2018, Patriot filed a Suggestion of Bankruptcy of Defendant Patriot National, Inc. noticing a stay on prosecution of the action against Patriot pursuant to Bankruptcy Code § 362(a).

The parties in this action agree and stipulate as follows:

1. Good cause exists to sever the action as to Patriot pursuant to Fed. R. Civ. Proc. 21.

2. A stay of the action due to Patriot's Bankruptcy Petition will cause indefinite delay of the action and prejudice Plaintiffs if Plaintiffs are not permitted to proceed with their claims against the three solvent defendants, ISR, Hamm, and Phoenix.

3. Severing Patriot from the action will promote the expeditious resolution of this litigation.

4. Patriot is not an indispensable party to this litigation because:

   a. This action primarily arises out of a contract between Plaintiffs and ISR.

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

Patriot is a third party to that contract.

    b. Plaintiffs' claim of Intentional Interference of Contract is stated solely against Patriot and involves different issues of fact and law from Plaintiffs' other claims.

    c. Plaintiffs allege that Patriot and Phoenix are joint tortfeasors with respect to Plaintiffs' claim of fraudulent conveyance. Joint tortfeasors are not indispensable parties under federal law. (*In re Related Asbestos Cases*, 23 B.R. 523, 530 (N.D. Cal. 1982); *Symantec Corp. v. Logical Plus, Inc.*, 2009 U.S. Dist. LEXIS 86340, at * 4 (N.D. Cal. 2009).)

Therefore, the parties agree and stipulate that the action shall be severed as follows:

Plaintiffs' claims for Intentional Interference of Contract and Fraudulent Conveyance against Patriot shall be severed from the action and shall proceed as a discrete, independent action. The severed action against Patriot shall be stayed pursuant to Bankruptcy Code § 362(a).

Plaintiffs' claims for Breach of Contract against ISR, Alter Ego Liability against ISR and Hamm, and Fraudulent Conveyance against Phoenix and ISR's cross-claims shall proceed and shall not be stayed by Patriot's Bankruptcy Petition.

Dated: March 5, 2018

    KATZOFF & RIGGS LLP
    /s/ Robert R. Riggs
By: _____
    Robert R. Riggs

    Attorneys for Plaintiffs and Cross-Defendants KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P.

Dated: February 28, 2018

STEINMEYER

LAW OFFICES OF PETER DUNN LEMMON

By: /s/ Peter D. Lemmon
_____
Peter Dunn Lemmon

Attorneys for Defendant and Cross-Complainant ISR HOLDINGS, INC.

Dated: February 28, 2018

LAW OFFICE OF DEWEY V. HARPAINTER

By: /s/ Dewey V. Harpainter
_____
Dewey V. Harpainter

Attorneys for Defendant KEVIN HAMM

By the Court:

Good cause appearing, IT IS SO ORDERED.

Dated: March 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE