ROBERT R. RIGGS (SBN 107684)
STEPHEN G. PREONAS (SBN 245334)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
email: rriggs@katzoffriggs.com

Attorneys for Plaintiffs KAREN RIGSBY,
Trustee, and DONALD P. STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., et al.<br><br>Defendants.<br><br>_____<br><br>and RELATED COUNTERCLAIM<br>_____ | Case No. 2:17-cv-01347-MCE-EFB<br><br>**STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND JOINT REPORT OF THE PARTIES OUTLINING DISCOVERY PLAN** |

On June 30, 2017, the Court entered its Initial Pretrial Scheduling Order herein (the "IPSO"). On November 13, 2017, the Court entered an order adopting the Joint Report of the Parties Outlining Discovery Plan (hereafter, "Discovery Plan"), pursuant to

Rule 26(f)(2) of the Federal Rules of Civil Procedure.

The parties in this action agree and stipulate that good cause exists to modify the IPSO and Discovery Plan as set forth herein. Good cause exists in that:

    a.    The parties made their Initial Disclosures herein pursuant to Fed.R.Civ.P. 26 on December 13, 2017.

    b.    On January 5, 2018, Plaintiffs propounded requests for production of documents to all defendants. These requests requested production of Defendants' documents on February 12, 2018.

    c.    Defendant Patriot National, Inc. ("Patriot") filed for bankruptcy protection on January 30, 2018, thus effectively staying proceedings herein. A stipulation to sever Patriot and proceed with the balance of the action has been submitted to the Court.

    d.    Defendants ISR Holdings, Inc., also known as Intercare Specialty Risk Insurance Services, Inc. ("ISR"), Phoenix Risk Management, Inc. ("Phoenix") and Kevin Hamm ("Hamm") have responded to Plaintiffs' requests for production of documents by stating that they are unable to complete the production of the requested documents until June, 2018. The parties have met and conferred about this delay. The above defendants continue to represent that they cannot complete their necessary privilege review and production of documents prior to June, 2018. This delay prevents the parties from proceeding with non-expert discovery within the time frames contemplated by the IPSO and the Discovery Plan.

**STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND JOINT REPORT OF THE PARTIES OUTLINING DISCOVERY PLAN**

2

e. Good cause exists to extend the deadline for completing non-expert discovery that is set out in the IPSO and the Joint Report to November 30, 2018, in view of the above delays.

Therefore, the parties stipulate and request the Court to enter an order that the IPSO is modified as follows:

On p. 2, lines 17-18, the sentence shall be modified to read as follows:

"All discovery, with the exception of expert discovery, shall be completed no later than November 30, 2018."

In all other respects, the IPSO is unchanged.

Additionally, the parties stipulate and request the Court to enter an order that the Discovery Plan is be modified as follows:

On p. 3, line 21, the deadline for completing depositions by oral examination shall be modified to November 30, 2018.

On p. 4, line 5, the deadline for completing depositions by written questions shall be modified to November 30, 2018.

In all other respects, the Discovery Plan is unchanged.

Dated: March 15, 2018

KATZOFF & RIGGS LLP

By: /s Robert R. Riggs
_____
Robert R. Riggs

Attorneys for Plaintiffs and Cross-Defendants KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P.

Dated: March 15, 2018

STEINMEYER

LAW OFFICES OF PETER DUNN LEMMON

By: /s Peter Dunn Lemmon
_____
Peter Dunn Lemmon

Attorneys for Defendant and Cross-Complainant ISR HOLDINGS, INC. and Defendant PHOENIX RISK MANAGEMENT, INC.

Dated: March 15, 2018

LAW OFFICE OF DEWEY V. HARPAINTER

By: /s Dewey V. Harpainter
_____
Dewey V. Harpainter

Attorneys for Defendant KEVIN HAMM

By the Court:

Good cause appearing, IT IS SO ORDERED.

Dated: March 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE