Peter Dunn Lemmon, Esq., Ca. Bar No. 138691
Law Offices of Peter Dunn Lemmon
210 Magnolia Avenue, Suite 2
Auburn, California  95603
Email:  peter@pdllaw.com
Telephone:     530.265.6100
FAX: 530-264-8448
Attorneys for Defendants Intercare Specialty Risk Insurance Services, Inc., ISR Holdings, Inc., and Phoenix Risk Management

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,

    Plaintiff(s),

vs.

INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC., a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL, INC., A Florida Corporation.

    Defendant(s).

AND RELATED CROSS ACTION

Case No.: 2:17-cv-01347-MCE-EFB

STIPULATION AND ORDER
RE: EXTENSION OF TIME TO OPPOSE MOTION OF CROSS-DEFENDANTS KAREN RIGSBY AND DONALD P. STEINMEYER TO DISMISS CROSS COMPLAINT

    Counsel for Plaintiffs and Cross-Defendants, KAREN RIGSBY and DONALD P. STEINMEYER ("Plaintiffs"), hereby stipulates with Counsel for Cross-Complainant ISR HOLDINGS, INC. ("ISR"), that good cause exists to extend the time for response by ISR to the Motion of Cross-Defendants Karen Rigsby and Donald P. Steinmeyer to Dismiss Cross-Complaint of ISR Holdings, Inc., filed herein Oct. 26, 2017 ("the Motion").  Due to scheduling

1
_____
STIPULATION AND ORDER
RE: EXTENSION OF TIME TO OPPOSE MOTION OF CROSS-DEFENDANTS KAREN RIGSBY AND DONALD P. STEINMEYER TO DISMISS CROSS COMPLAINT

conflicts of counsel, there is good cause to modify the current briefing schedule by extending the time for response by ISR to a date fourteen (14) days after the current deadline of May 9, 2018, or May 23, 2018, and by extending the time for reply by Plaintiffs to a date fourteen (14) days after May 23, 2018.

Therefore, that the time for ISR to file its opposition or other response to the Motion is hereby extended until May 23, 2018.

Additionally, the time for Plaintiffs to file reply to any opposition to the Motion is hereby extended until June 6, 2018.

IT IS SO AGREED.

Dated: May 4, 2018          /s Peter Dunn Lemmon

_____
Peter Dunn Lemmon
Attorney for ISR Holdings, Inc.

Dated: May 4, 2018          KATZOFF & RIGGS LLP

/s Robert R. Riggs

By:_____
Robert R. Riggs
Attorney for Plaintiffs
KAREN RIGSBY, Trustee, and
DONALD P. STEINMEYER

By the Court:

Good cause appearing, IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
RE: EXTENSION OF TIME TO OPPOSE MOTION OF CROSS-DEFENDANTS KAREN RIGSBY AND DONALD P. STEINMEYER TO DISMISS CROSS COMPLAINT