UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P STEINMEYER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCARE SPECIALTY RISK INSURANCE SERVICES INC., a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL INC., a Florida Corporation,<br><br>Defendants. | No. 2:17-cv-01347-MCE-EFB<br><br>**ORDER** |

Dewey v. Harpainter of the Law Office of Dewey V. Harpainter ("Harpainter"), attorney of record for Defendant Kevin Hamm ("Hamm") in these proceedings, moves to withdraw as Hamm's counsel of record in these proceedings. Hamm has filed no opposition to Harpainter's request, and attached to the Harpainter's Declaration is a Consent to Substitution of Attorney signed by Hamm which consents to the withdrawal. Harpainter has nonetheless brought the instant motion because his withdrawal leaves Hamm representing himself in propria persona.

1

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

Because Harpainter's request is both procedurally correct and unopposed, his Motion to Withdraw (ECF No. 113) is GRANTED.[1] Dewey V. Harpainter of the Law Office of Dewey V. Harpainter is consequently relieved as counsel of record for Defendant Kevin Hamm effective upon the filing of a proof of service of this signed Order on said Defendant.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).