# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P STEINMEYER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCARE SPECIALTY RISK INSURANCE SERVICES INC., a California Corporation; ISR HOLDINGS, INC., a California Corporation; KEVIN HAMM, an individual; and PATRIOT NATIONAL INC., a Florida Corporation,<br><br>Defendants. | No. 2:17-cv-01347-MCE-EFB<br><br>**ORDER** |

Peter Dunn Lemmon of the law firm Lemmons-At-Law, P.C. ("Lemmons"), attorney of record for Defendants and Counterclaimants ISR Holdings, Inc., and Phoenix Risk Management, Inc. ("Defendants") moves to withdraw as said Defendants' counsel of record in these proceedings. Defendants have filed no opposition to Lemmons' request, and attached to Lemmons' Declaration is a Consent to Substitution of Attorney signed by Defendants' President, Kevin Hamm, which consents to the withdrawal. Lemmons has nonetheless brought the instant motion because his withdrawal leaves

1

Defendants in propria persona.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

Because Lemmons' request is both procedurally correct and unopposed, Lemmons' Motion to Withdraw (ECF No. 114) is GRANTED.[1]  Peter Dunn Lemmons of the Law Firm Lemmons-At-Law, P.C. is consequently relieved as counsel of record for Defendants and Counterclaimants ISR Holdings, Inc. and Phoenix Risk Management, Inc. effective upon the filing of a proof of service of this signed Order on said Defendants.

Defendants and Counterclaimants ISR Holdings, Inc. and Phoenix Risk Management, Inc are cautioned that as business entities they cannot make any further appearance in this matter without counsel appearing on their behalf.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).