UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC, et al., <br><br> Defendants. | Case No. 2:17-cv-01347-MCE-EFB <br><br> **ORDER FOR DISMISSAL OF DEFENDANT PATRIOT NATIONAL, INC.** |

Good cause appearing, the request of Plaintiffs Karen Rigsby, Trustee and Donald Steinmeyer to enter an order for the dismissal of defendant Patriot National, Inc. ("Patriot"), each party to bear its own costs, is GRANTED.

////

////

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), IT IS HEREBY

---

1

**ORDER FOR DISMISSAL OF DEFENDANT PATRIOT NATIONAL, INC.**

ORDERED that Plaintiffs' action against defendant Patriot National, Inc. is DISMISSED. Each party shall bear its own costs.

    IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE