UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Rigsby, <br><br>        Plaintiff, <br><br>  v. <br><br>ISR Holdings, Inc., and Phoenix Risk Management, Inc., <br><br>        Defendant. | Case No. 2:17-cv-1347 MCE EFB <br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Karen Rigsby shall have joint and several judgment against defendant ISR Holdings, Inc., and defendant Phoenix Risk Management, Inc., in the sum of $681,919.55.

January 23, 2019                                                      MARIANNE MATHERLY, CLERK

                                                                                 By: /s/ R. Becknal, Deputy Clerk