UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald Steinmeyer , <br><br> Plaintiff, <br><br> v. <br><br> ISR Holdings, Inc., and Phoenix Risk Management, Inc. , <br><br> Defendant. | Case No. 2:17-cv-1347 MCE EFB <br><br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Plaintiff Donald Steinmeyer shall have joint and several judgment against defendant ISR Holdings, Inc. and defendant Phoenix Risk Management, Inc. in the sum of $316,064.67.

January 23, 2019　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Becknal, Deputy Clerk