UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, et al., | Case No. 2:17-cv-01347-MCE-EFB |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| INTERCARE SPECIALITY RISK INSURANCE SERVICES, INC, et al., | |
| Defendants. | |

In accordance with the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 41(a)(2) that this case be dismissed, without prejudice. The Court shall, however, retain jurisdiction to enforce the Guaranty of Defendant herein, including reservation of jurisdiction to enter Judgment against Defendant Kevin Hamm in the event of default under the Guaranty, until

performance in full of the terms of the Promissory Note.

IT IS FURTHER HEREBY ORDERED that in the event of default under the Guaranty, Plaintiffs may bring an ex parte application to enforce the settlement and for entry of Judgment against Defendant Kevin Hamm, which the Court shall hear pursuant to its reservation of jurisdiction herein. Plaintiffs may seek entry of the Stipulation for Entry of Judgment for Money attached as Exhibit "C" in connection with the ex parte application, the form of which is hereby approved by the Court.

Subject to the foregoing, inasmuch as the case has now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE