ROBERT R. RIGGS (SBN 107684)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
email: rriggs@katzoffriggs.com

Attorneys for Plaintiffs KAREN RIGSBY,
Trustee, and DONALD P. STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, and DONALD P. STEINMEYER, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KEVIN HAMM, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-01347-MCE-EFB<br><br>**EX PARTE APPLICATION OF PLAINTIFFS KAREN RIGSBY AND DONALD P. STEINMEYER FOR AN ORDER TO SET ASIDE DISMISSAL AND FOR ENTRY OF JUDGMENTS AGAINST DEFENDANT KEVIN HAMM BASED ON STIPULATION OF THE PARTIES** |

　　　　Plaintiffs KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003 and DONALD P. STEINMEYER moves the Court ex parte for (1) an order setting aside the dismissal, without prejudice, of this action entered by the Court on June 18, 2019 ("Order of Dismissal"); and (2) entry of judgments against Defendant Kevin Hamm ("Hamm") and in favor of each Plaintiff based on the parties' Stipulation for Entry of

---
1
**EX PARTE APPLICATION OF PLAINTIFFS FOR AN ORDER TO SET ASIDE DISMISSAL AND FOR ENTRY OF JUDGMENTS AGAINST DEFENDANT KEVIN HAMM BASED UPON STIPULATION OF THE PARTIES**

KATZOFF & RIGGS LLP
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

Judgment for Money, dated June 4, 2019, following Defendant Hamm's default under the Unconditional Continuing Guaranty, dated June 4, 2019 ("Guaranty"). Plaintiffs seek judgments against Hamm in the total sum of $1,470,818.70, plus prejudgment interest in the sum of $1,494.12 through September 27, 2019, to which $119.11 in interest shall be added for each day after September 27, 2019 until the date judgment is entered. Two judgments are requested, one for 55% of the above total in favor of Plaintiff Rigsby and the other for 45% in favor of Plaintiff Steinmeyer. This application is made on the grounds that the Court retained jurisdiction in the Order of Dismissal to enforce the Guaranty and to enter judgment against Hamm in the event of default under the Guaranty by way of an ex parte application.

This application is based on this Ex Parte Application for an Order to Set Aside Dismissal and for Entry of Judgment for Money Against Defendant Kevin Hamm, the Declaration of Robert R. Riggs in support thereof, the Memorandum of Points and Authorities in support thereof, any oral argument, and the complete files and records of this action.

Dated: September 27, 2019

          KATZOFF & RIGGS LLP

          /s/ Robert R. Riggs
          _____
          Robert R. Riggs

          Attorneys for Plaintiffs Karen Rigsby, Trustee
          and Donald P. Steinmeyer