# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KAREN RIGSBY, ET AL.,**

CASE NO: **2:17–CV–01347–MCE–EFB**

v.

**INTERCARE SPECIALTY RISK INSURANCE SERVICES, INC., ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/15/19**

                                                    **Marianne Matherly**
                                                    Clerk of Court

ENTERED: **October 15, 2019**

                                        by: /s/ A. Benson
                                                  Deputy Clerk