ROBERT R. RIGGS (Bar # 107684)
ZOYA V. CHAKOURSKI (Bar # 342027)
Katzoff & Riggs LLP
1500 Park Ave., Suite 300
Emeryville, CA 94608
e-mail: rriggs@katzoffriggs.com
Tel. No. (510) 597-1990
Fax No. (510) 597-0295

Attorneys for Plaintiff KAREN RIGSBY,
Trustee of the MARSH REVOCABLE
TRUST OF 2003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RIGSBY, Trustee of the MARSH REVOCABLE TRUST OF 2003, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN HAMM, et al.,<br><br>    Defendants. | Case No. 2:17-cv-01347-MCE-EFB<br><br>**[PROPOSED] ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION**<br><br>Date: October 11, 2023<br>Time: 9:30am<br>Location: Robert T. Matsui Courthouse, 501 I Street Courtroom 8, 13th Floor, Sacramento CA 95814 |

[~~PROPOSED~~]

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the Examination of Judgment Debtor Kevin Hamm by Karen Rigsby, Trustee currently scheduled for August 31, 2023 at 9:30 a.m. before Hon. Judge Edmund F. Brennan is continued to October 11, 2023 at 9:30 a.m. in Courtroom 8 of the Robert T. Matsui Courthouse before Hon. Judge Edmund F. Brennan.

IT IS SO ORDERED.

Date: August 30, 2023

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE