ROBERT R. RIGGS (Bar # 107684)
ZOYA V. CHAKOURSKI (Bar # 342027)
Katzoff & Riggs LLP
1500 Park Ave., Suite 300
Emeryville, CA 94608
e-mail: rriggs@katzoffriggs.com
Tel. No. (510) 597-1990
Fax No. (510) 597-0295

Attorneys for Plaintiff DONALD STEINMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD STEINMEYER, et al. | Case No. 2:17-cv-01347-MCE-EFB |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION** |
| vs. | |
| KEVIN HAMM, et al., | Date: October 11, 2023<br>Time: 9:30am |
| Defendants. | Location: Robert T. Matsui Courthouse, 501 I Street Courtroom 8, 13th Floor, Sacramento CA 95814 |

- 1 -
**[PROPOSED] ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION**

[~~PROPOSED~~]

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the Examination of Judgment Debtor Kevin Hamm by Donald Steinmeyer currently scheduled for August 31, 2023 at 9:30 a.m. before Hon. Judge Edmund F. Brennan is continued to October 11, 2023 at 9:30 a.m. in Courtroom 8 of the Robert T. Matsui Courthouse before Hon. Judge Edmund F. Brennan.

IT IS SO ORDERED.

Date: August 30, 2023

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE