1  ROBERT R. RIGGS (Bar # 107684)
   ZOYA V. CHAKOURSKI (Bar # 342027)

2  Katzoff & Riggs LLP
   1500 Park Ave., Suite 300

3  Emeryville, CA  94608
   e-mail: rriggs@katzoffriggs.com

4  Tel. No. (510) 597-1990
   Fax No. (510) 597-0295

5

   Attorneys for Plaintiff DONALD
6  STEINMEYER

7

                   UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

   DONALD STEINMEYER, et al.      )   Case No. 2:17-cv-01347-MCE-EFB
10                                )
            Plaintiff,            )   [~~PROPOSED~~] ORDER VACATING
11                                )   JUDGMENT DEBTOR
        vs.                       )   EXAMINATION
12                                )
   KEVIN HAMM, et al.,            )   Date: January 17, 2024
13                                )   Time: 9:30am
            Defendants.           )   Location: Robert T. Matsui Courthouse,
14 _____    501 I Street Courtroom 8, 13th Floor,
                                      Sacramento CA 95814

15

16

17

18

19

20

21

22

KATZOFF & RIGGS LLP
1500 PARK AVE., SUITE 300
EMERYVILLE, CA  94608
(510) 597-1990

[~~PROPOSED~~]

## ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the Examination of Judgment Debtor Kevin Hamm by Donald Steinmeyer currently scheduled for January 17, 2024 at 9:30 a.m. in Courtroom 8 of the Robert T. Matsui Courthouse before Hon. Judge Edmund F. Brennan is vacated and taken off calendar.

IT IS SO ORDERED.

Date: January 11, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION

KATZOFF & RIGGS LLP
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990